UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 25-6048 (JTQ) |
| v. | : | Hon. Justin T. Quinn |
| ISAAC SAADA | : | SEALING ORDER |
| | : | |

This matter having come before the Court upon the application of the United States of America, by Alina Habba, United States Attorney (Ian D. Brater, Assistant United States Attorney, appearing) for an order sealing the complaint and related papers in this matter, and for good cause shown,

IT IS on this <u>26th</u> day of June, 2025,

ORDERED that the complaint in this matter and all related papers, with the exception of the arrest warrant and copies thereof, be filed under seal, and they are hereby sealed until the arrest of the individual named in the warrant or until further order of this Court.

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE